UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DENISE MATHEWS,

        Plaintiff,

v.                                    Case No. 14-14847

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order (2) Overruling Plaintiff's Objection; (2) Adopting the Magistrate Judge's Report and Recommendation; and (3) Dismissing Without Prejudice" dated August 30, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Denise Mathews.

Dated at Detroit, Michigan, this 30th day of August 2016.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                                        S/ Lisa Wagner
                                             By: Lisa Wagner, Case Manager
                                                to Judge Robert H. Cleland